IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN P. BELL,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN COMMUNITY COLLEGE AREA, a political subdivision of the State of Nebraska,<br><br>        Defendant. | **8:23CV457**<br><br>**ORDER ON STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

    This case is before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice, signed by counsel for both parties. Filing 13. The parties stipulate to dismissal of this action without prejudice, with each party to bear its own costs. Accordingly,

    IT IS ORDERED that the parties' Stipulated Motion to Dismiss Without Prejudice, Filing 13, is granted. This case is dismissed without prejudice, with each party to bear its own costs.

    Dated this 21st day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1